AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**KRISTY LYNETTE FLEMING**
**DOB: x/xx/xx**
**PDID: xxx-xxx**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 2, 2008** in the District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am **INVESTIGATOR ANDREW KENESS**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

**Signature of Complainant**
**INVESTIGATOR ANDREW KENESS**
**UNITED STATES PARK POLICE**

Sworn to before one and subscribed in my presence,

_____     at   **Washington, D.C.**
Date                                            City and State

_____          _____
Name & Title of Judicial Officer                Signature of Judicial Officer

**STATEMENT OF FACTS**

      On April 2, 2008, officers of the United States Park Police executed a search warrant at 1713 Benning Road, N.E., Apartment G23, Washington, D.C. Upon entrance of the residence, officers found the defendant and two other occupants. Officers secured the residence and a search of the residence revealed fourteen clear bottles containing a liquid with a smell consistent with phencyclidine also known as PCP, a loaded handgun and mail matter in the name of defendant Kristy Fleming in a bedroom with children's clothing. Another vial of PCP, a small ziploc containing a white rock-like substance, numerous empty ziploc bags, numerous packs of Newport cigarettes, and an apartment lease in the name of the defendant were also found in the apartment. The white rock-like substance appeared to be crack cocaine. The defendant was placed under arrest. A portion of the white rock-like substance field tested positive for cocaine base. The approximate weight of the suspected PCP was in excess of 224 grams which is an amount commonly indicating that the suspected PCP was going to be sold to others rather than used exclusively by the defendant.

                                      INVESTIGATOR ANDREW KENESS
                                      UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF APRIL, 2008.

                                      U.S. MAGISTRATE JUDGE